# United States District Court
# for
# the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Kevin Jerome Washington**

Case Number: **2:11CR00101**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **September 28, 2011**

Original Offense: **Interference with Commerce by Robbery; Aiding and Abetting**

Original Sentence: **74 months prison, followed by 36 months TSR.**

Date Supervision Commenced: **February 2, 2018**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## SUMMARY

On November 2, 2018, Washington submitted a travel request for a three-day cruise to Ensenada, Mexico, from February 15 – 18, 2019. The purpose of this cruise is leisure. Washington's live-in girlfriend, Trinity Taylor, will accompany him on the cruise.

If approved, Washington will depart from the port of Long Beach, CA, and will return to the same port. Washington and his girlfriend will share the cost of the cruise, which totals $881.04.

Currently, Washington is in compliance with his conditions of supervision. The Probation Office respectfully requests that Washington be permitted to travel to Mexico on the aforementioned dates. Washington is aware that if the Court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

Respectfully submitted,

*Tawni Lea Salem* Tawni Lea Salem
2018.11.06 16:30:50
-08'00'

Tawni Salem
United States Probation Officer

Approved:

*Benjamin Johnson* Benjamin Johnson
2018.11.06 16:16:33
-08'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

## *THE COURT ORDERS*

[x]  Requested Travel is Approved

[ ]  Requested Travel is Denied

[ ]  Other

_____
Signature of Judicial Officer

_11/8/2018_____
Date